**No. 10-7347. Randall Allen, Petitioner v. Reliance Insurance Company.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2126.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1151, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 423.